IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Marcia S. Krieger

Civil Action No. 22-cv-00113-MSK

RHONDA J. GRINDSTAFF

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

---

### ORDER

---

The Plaintiff has submitted an Application to Proceed in District Court Without Prepaying Fees Or Costs **(# 2)**. The Application indicates that Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.

Therefore, the Application to Proceed in District Court Without Prepaying Fees or Costs **(# 2)** is **GRANTED**.

Dated this 18th day of January, 2021.

BY THE COURT:

*/s/ Marcia S. Krieger*

Marcia S. Krieger
Senior United States District Judge